UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ELISABETH RUSSELL,

    Plaintiff,

v.                                          Case No:   2:14-cv-377-FtM-29CM

TARGET CORPORATION,

    Defendant.

## ORDER

Before the Court are Target Corporation's Unopposed Motion for Extension of the Trial Term Deadline (Doc. 22), filed on April 9, 2015, and Target Corporation's Amended Unopposed Motion for Extension of the Trial Term Deadline (Doc. 23), filed on April 10, 2015.   Defendant's Unopposed Motion for Extension requested that the trial term be extended to February 1, 2015.   Doc. 22.   The amended motion corrects this by requesting that the trial term be extended to February 1, 2016.   Doc. 23.   Therefore, the Court will deny as moot Defendant's Uncontested Motion for Extension of the Trial Term Deadline (Doc. 22).   The Court will address Defendant's Amended Unopposed Motion for Extension of the Trial Term Deadline (Doc. 23).   For the reasons stated herein, Defendant's Amended Unopposed Motion for Extension of the Trial Term Deadline is granted.

This case is presently set for a trial term beginning December 1, 2015.   Doc. 17 at 2.   Due to the nature of Defendant's business, several defense witnesses will be unavailable during the December 1, 2015 trial term.   Doc. 23 at 1.   Defendant

requests that the term be extended to February 2016. *Id.* at 2. Plaintiff has no objection to this request. *Id.* The Court finds good cause to extend the deadlines.

ACCORDINGLY, it is hereby

**ORDERED:**

1. Defendant, Target Corporation's, Unopposed Motion for Extension of the Trial Term Deadline (Doc. 22) is **DENIED as moot.**

2. Defendant, Target Corporation's, Amended Unopposed Motion for Extension of the Trial Term Deadline (Doc. 23) is **GRANTED**.

3. The Clerk of Court is directed to issue an amended case management and scheduling order, placing this case on the February 2016 trial calendar, and amending all other pretrial deadlines accordingly.

**DONE** and **ORDERED** in Fort Myers, Florida on this 15th day of April, 2015.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record