UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ELISABETH RUSSELL,

    Plaintiff,

v.                                                         Case No: 2:14-cv-377-FtM-29CM

TARGET CORPORATION,

    Defendant.

## ORDER

Before the Court is Defendant's Unopposed Motion to Extend Deadline for Disclosure of Expert Reports (Doc. 26), filed on May 14, 2015. Defendant seeks a 60-day extension to disclosure their experts. Doc. 26. The current deadline is May 14, 2015. Doc. 17. As grounds for this motion, Defendant states that new evidence was discovered during depositions that took place on May 5, 2015 and Defendant needs additional time to make the disclosures. Doc. 26.

Although the Court finds good cause, and the motion is unopposed, review of the Case Management and Scheduling Order indicates that a 60-day extension for Defendant to disclose their experts would make the new deadline July 13, 2015 which is 3 days before the discovery deadline. Doc. 17. This would not allow the parties time to depose the experts, if needed, before the discovery deadline. Thus, the Court will allow Defendant a 45-day extension to make its expert disclosures.[1]

---

[1] If Defendant finds this is not sufficient time to respond, Defendant may file a request with the Court to extend the deadline, after conferring with opposing counsel, as

- 2 -

ACCORDINGLY, it is hereby

**ORDERED:**

Defendant's Unopposed Motion to Extend Deadline for Disclosure of Expert Reports (Doc. 26) is **GRANTED in part**.  Defendant will have up to and including **June 29, 2015** to make its expert disclosures.

**DONE** and **ORDERED** in Fort Myers, Florida on this 18th day of May, 2015.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record

---

here.